# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-424-266**
**Effective Date of Registration:**
March 23, 2021
**Registration Decision Date:**
March 24, 2021



## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title

**Title of Group:** Printful Mockup Product Photos No. 1
**Number of Photographs in Group:** 18

### Completion/Publication

**Year of Completion:** 2016

### Author

- **Author:** Printful, Inc.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Printful, Inc.
160 Greentree Drive, Suite 101, Dover, DE, 19904, United States

### Rights and Permissions

**Organization Name:** Rutan & Tucker, LLP
**Name:** Lindsay Hulley
**Email:** trademarks@rutan.com
**Telephone:** (714)641-5100
**Address:** 18575 Jamboree Road
9th Floor
Irvine, CA 92612 United States

## Certification

**Name:** Lindsay Hulley
**Date:** March 23, 2021
**Applicant's Tracking Number:** 033175.0021C

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-425-041**

**Effective Date of Registration:**
March 30, 2021

**Registration Decision Date:**
March 31, 2021

## Title

**Title of Work:** Printful Classic Dad Hat Photo

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Printful, Inc.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Printful, Inc.
160 Greentree Drive, Suite 101, Dover, DE, 19904, United States

## Rights and Permissions

**Organization Name:** Rutan & Tucker, LLP
**Name:** Lindsay Hulley
**Email:** trademarks@rutan.com
**Telephone:** (714)641-5100
**Address:** 18575 Jamboree Road
9th Floor
Irvine, CA 92612 United States

## Certification

**Name:** Lindsay J. Hulley

**Date**: March 30, 2021
**Applicant's Tracking Number**: 033175.0022C

---

**Correspondence**: Yes